Submitted on record and briefs July 11, reversed and remanded for reconsideration
August 9, 1995

In the Matter of the Compensation of
John L. Willhite, Claimant.

John L. WILLHITE,
*Petitioner,*

*v.*

ASPLUNDH TREE EXPERTS
and Travelers Insurance Company,
*Respondents.*

(WCB 91-01116; CA A75536)

900 P2d 1092

Anita C. Smith and Estell & Bewley filed the brief for petitioner.

Jerald P. Keene filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of an order of the Workers' Compensation Board. At oral argument, both parties agreed that the new revisions to the Workers' Compensation Law, Oregon Laws 1995, chapter 332 (SB 369), which became effective June 7, 1995, apply to this case. They ask that we remand to the Board for reconsideration in light of the new law. We agree that a remand is appropriate. *See Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.